

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 02 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Page 2
JAN 09 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

3:23-CV-18-KHJ-FKB

| United States District Court | District Northern |
|---|---|
| Name (under which you were convicted): Hudson Lynn Edged (X) Hudson Lynn Edged | Docket or Case No.: 2008-011CR-1 |
| Place of Confinement: Miss. Dept. of Corrections 10641 Hwy 80 West, Meridian, E.M.C.F. | Prisoner No.: 158856 |
| Petitioner (include the name under which you were convicted) Hudson Lynn Edged | v. | Respondent (authorized person having custody of petitioner) State of Mississippi |
| The Attorney General of the State of Jim Hood | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Grenada, Co. Circuit Court

   (b) Criminal docket or case number (if you know): 2008-011CR-1

2. (a) Date of the judgment of conviction (if you know): August 19th 2009

   (b) Date of sentencing: 8-19-2009

3. Length of sentence: 25-years

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☐    No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: 2202 — Attempted-Residential Burglary, Defective Individual and Inattentive — Said Prevented By the Police I's Attempted Worth 25 years in Custody of the State.

6. (a) What was your plea? (Check one)
   - (1) Not guilty ☒
   - (2) Guilty ☐
   - (3) Nolo contendere (no contest) ☐
   - (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? On Aug 19 2009; I, Hudson Lynn Edwards, SSI: 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 pleaded not Guilty to Attempted to Commit; Burglary of a Residential, "I Attempted to Commit A Crime worth 25-years in prison, with No Violence Crimes on My Records."

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☒     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?

    Yes ☒  No ☐

9. If you did appeal, answer the following:

(a) Name of court: Miss. Court of Appeals.

(b) Docket or case number (if you know): 2002-Attempted - 2008-01108-1.

(c) Result: Denied...

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: Judge; Clarence E. Morgan III; And The Court Attorney of Grenada County. Didn't Let Me Stand Trial And Testify before the Court on 8-19-2009.

(g) Did you seek further review by a higher state court? Yes ☐ No ☒

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒ No ☐
   If yes, answer the following:
   (1) Docket or case number (if you know): 2802-2108-1111821
   (2) Result: Denied
   _____
   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
   Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Date of filing (if you know): _____
       (4) Nature of the proceeding: _____
       (5) Grounds raised: _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
          Yes ☐ No ☒
       (7) Result: _____
       (8) Date of result (if you know): _____
   (b) If you filed any second petition, application, or motion, give the same information:
       (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Date of filing (if you know): _____
       (4) Nature of the proceeding: _____
       (5) Grounds raised: _____
       _____
       _____
       _____

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:     Yes ☐ No ☒

  (2) Second petition:   Yes ☐ No ☒

  (3) Third petition:    Yes ☐ No ☒

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The statute of limitations of 271-days, was over the limit in the United States...

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): My Constitional rights, where being violated by Grenada Co. They held me their at that Jail on a probation hold! For; I couldn't make bail!!! I Had Seven Hundred and five dollars on my Account!!! They no less, I was with the Miss. Dept. of Corrections; for over 3-time's.

(b) If you did not exhaust your state remedies on Ground One, explain why: I was being held, here at the EASB. Miss. Correctional Facility, for M.D.O.C. on Heavy Medications;" Because I attemped to killing self.

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☐  No ☒
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion or petition?
   Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __I was being held down on the floor; and forced with heavy medications.__

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __Administrative remedies when G.E.O. had Bat's here at E.M.C.F.__

GROUND TWO: __No City (or) County Investigation's...__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __I was forced to the Miss. State Hospital for no reason's at all; and forced with heavy medications. Check the date 1-23-08; and 2-2-2009; By Granada, Ca. This was before I went to went to Court___

Case 2:23-cv-00018-KHJ-FKB   Document 1   Filed 02/03/23   Page 7 of 14

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☒ No ☐
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☒ No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____
_____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____
_____

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐ No ☒
   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐ No ☒
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
       Yes ☐ No ☒
   (6) If your answer to Question (d)(4) is "Yes," state:
   Name and location of the court where the appeal was filed: _____
_____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _I was forced with Heavy Medications._

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** _Provides a "Limited" opportunity for relief Independent._

(a) **Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.): _Miss. Code. Ann. 9-7-81. Jurisdiction in general; Current suits. The Circuit Court Shall have original Jurisdiction in all actions; When the principal of the amount in controversy Exceeds; Two Hundred Dollars..._

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐
(2) If you did **not** raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐ No ☑
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

Case 3:23-cv-00018-KHJ-FKB Document 1 Filed 02/02/23 Page 9 of 14

Page 10

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?
    Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
    Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *I was forced with heavy medications...*
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____
_____

**GROUND FOUR:** *I, have been held here at E.M.C.F. on Medications for M.D.O.C.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *I was been/being forced with shots of medications; & I could not write, Bus;inen, My Doctor have placed me on same pills. So, now i can proceed with the courts...*

_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
     Yes ☐ No ☑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _Medications_

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
     Yes ☐ No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

   (3) Did you receive a hearing on your motion or petition?
     Yes ☐ No ☑

   (4) Did you appeal from the denial of your motion or petition?
     Yes ☐ No ☑

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
     Yes ☐ No ☑

   (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____

13. Please answer these additional questions about the petition you are filing:
(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☐  No ☑
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *I; Attempted to kill my self!!! After being food poison; why I was at King Co; M.D.O.C. C.M.C.F.*

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
_____
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Mr. Carlon Johnson
(b) At arraignment and plea: Same
(c) At trial: ''
(d) At sentencing: ''
(e) On appeal: N/A
(f) In any post-conviction proceeding: N/A
(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

M.S.R. Sap-Rule 4 — Rule 4 Appeal as of Rights when Taken — Rule 4(F) continues to recognize as extension for parties legal-disability. See Parks v. Knight 491 So. 2d 217 Miss. (1986.) Attempted-Burglary-of-a-Residential is a home; no, Burglary of a-Occupied-Dwelling is-a-Building! There, Two Burglary are not the Same! See Indictment 2-2008-CMCR-1, They Charged me with Burglary-of-a-Residential; But Indictmented me for a-Occupied-Dwelling. The house was my Next door Neighbor. Me and my mom been living their for 20-years." Why would I wait that long to attempt to do something. The Granada Police Department* Said pre-vented me from me from committing the said crime on that same Indictment. Go; To Miss Statutes Archive Directory - Miss. Code Ann. 97-17-31 Ann; And see that these two Burglary (or) not the same.

_Thelma Lynn Clost #130856_
S.S.#: 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
F.B.I.: 750282WA6

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *I Asks the Court to grand me a Hunder Trillian's dollars a day*

or any other relief to which petitioner may be entitled.

___N/A___
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __7-20-2015.__
__July 20th, 2015._____ (month, date, year).

Executed (signed) on __7-20-15.__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

\* \* \* \* \*