UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HUDSON LYNN EDGET, # 13856, a/k/a                                     PLAINTIFF
HUDSON LYNN EDGETT

V.                                         CIVIL ACTION NO. 3:23-CV-88-KHJ-MTP

STATE OF MISSISSIPPI                                                  DEFENDANT

FINAL JUDGMENT

This matter is before the Court sua sponte for case management purposes. Pursuant to the Court's Order entered this date and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant and dismisses this case without prejudice.

SO ORDERED, this the 16th day of May, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE